Dismissed and Memorandum Opinion filed March 2, 2006









 

Dismissed and Memorandum Opinion filed March 2, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00531-CR

____________

 

EX PARTE LOUIS LAMONTE

 



 

On Appeal from the
178th District Court

Harris County, Texas

Trial Court Cause No.
1022386

 



 

M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court.  See Tex.
R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

 

Judgment rendered
and Memorandum Opinion filed 2005.

Panel consists of
Justices Hudson, Fowler, and Seymore.

Do not publish C Tex.
R. App. P. 47.2(b).